■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER CASSESE, Appellant, v JAMES E. SULLIVAN, as Superintendent of Sing Sing Correctional Facility, et al., Respondents.—Judgment of the Supreme Court, Westchester County, dated June 7, 1985, affirmed, without costs or disbursements, for reasons stated by Justice Ruskin at Special Term. Lazer, J. P., Mangano, Lawrence and Kooper, JJ., concur.